IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

FILED
IN OPEN COURT

**NOV 1 9 2025**

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 2:25-cr- 137 |
| v. | 18 U.S.C. § 2422(b)<br>Attempted Coercion and Enticement of a<br>Minor<br>(Count 1) |
| AARON GITTLEMAN,<br><br>Defendant. | 18 U.S.C. §2251(a) & (e)<br>Attempted Production of Child<br>Pornography<br>(Count 2)<br><br>18 U.S.C. §§ 2428(a) & 2253<br>Criminal Forfeiture |

**INDICTMENT**

November 2025 Term -- At Norfolk, Virginia

COUNT ONE
(Attempted Coercion and Enticement of a Minor)

THE GRAND JURY CHARGES THAT:

Between on or about July 3, 2024, and on or about October 30, 2025, in the Eastern District of Virginia, the defendant, AARON GITTLEMAN, used a facility and means of interstate and foreign commerce to knowingly attempt to persuade, induce, entice, and coerce any individual who had not attained the age of 18 years to engage in sexual activity for which a person can be charged with a criminal offense, namely Section 18.2-374.3(D) of the Code of Virginia.

(In violation of Title 18, United States Code, Section 2422(b).)

<u>COUNT TWO</u>
(Attempted Production of Child Pornography)

THE GRAND JURY FURTHER CHARGES THAT:

On or about October 28, 2025, within the Eastern District of Virginia, the defendant, AARON GITTLEMAN, attempted to, and did, employ, use, persuade, induce, entice, and coerce any minor, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing or having reason to know that such visual depiction would be transported using any means and facility of interstate and foreign commerce, and knowing or having reason to know that such visual depiction would be transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

(In violation of Title 18, U.S. Code, Section 2251(a) and (e).)

CRIMINAL FORFEITURE

THE GRAND JURY FURTHER FINDS PROBABLE CAUSE THAT:

      A.     Defendant AARON GITTLEMAN, upon conviction of the offense charged in Count One of this Indictment, as part of the sentencing of the defendant pursuant to Fed.R.Crim.P. 32.2, shall forfeit to the United States:

      1.   Any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the violation; and

      2.   Any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of the violation.

      B.     Defendant AARON GITTLEMAN, upon conviction of the offense charged in Count Two of this Indictment, as part of the sentencing of the defendant pursuant to Fed.R.Crim.P. 32.2, shall forfeit to the United States:

      1.   Any and all matter which contains child pornography or any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, 2252, 2252A, 2252B, or 2260 produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Section 2251 *et seq.*;

      2.   Any and all property, real and personal, used or intended to be used in any manner or part to commit or to promote the commission of violations of Title 18, United States Code, Section 2251 *et seq.*, and any property traceable to such property;

      3.   Any and all property, real and personal, constituting, derived from, or traceable to gross profits or other proceeds obtained from the violations of Title 18, United States Code, Section 2251 *et seq.*

3

C.      If any property that is subject to forfeiture above is not available, it is the intention of the United States to seek an order forfeiting substitute assets pursuant to Title 21, United States Code, Section 853(p) and Federal Rule of Criminal Procedure 32.2(e).

D.      The property subject to forfeiture includes, but is not limited to, the following items:

    1.  Apple I-Phone 14 Pro Max, S/N HF24KJ74J3

(All pursuant to Title 18, United States Code, Section 2428(a) and 2253; and Title 21, United States Code, Section 853(p).)

*United States v. AARON GITTLEMAN*
Criminal No. 2:25-cr- 137

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office.

A TRUE BILL:

**REDACTED COPY**

_____
FOREPERSON

Lindsey Halligan
United States Attorney

By: _____

Jeremy Mckinnon
California Bar No. 336424
Special Assistant United States Attorney
United States Attorney's Office
101 W. Main Street, Suite 8000
Norfolk, Virginia 23510
Office: 757.441.3040
Fax: 757.441.6689
E-mail: jeremy.mckinnon@usdoj.gov