FILED
IN OPEN COURT

NOV 6 2025

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Virginia

**ORIGINAL**

**SEALED**

United States of America
v.

Aaron Gittleman

    Case No.  2:25 mj 252

FID: 11883894

*Defendant*

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  Aaron Gittleman                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment    ❏ Superseding Indictment    ❏ Information    ❏ Superseding Information    ☑ Complaint
❏ Probation Violation Petition    ❏ Supervised Release Violation Petition    ❏ Violation Notice    ❏ Order of the Court

This offense is briefly described as follows:

18 USC  2422(b) Attempted Coercion and Enticement

18 USC  2251(a) Attempted Production

Date: Nov. 4, 2025

_____ U.S.M.J.
*Issuing officer's signature*

City and state:  Norfolk, VA

United States Judge Robert J. Krask
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 04 NOV 25 , and the person was arrested on *(date)* 06 NOV 25 |

at *(city and state)* VIRGINIA BEACH, VA .

Date: 06 NOV 25

_____
*Arresting officer's signature*

Special Agent Jessica Gurley
*Printed name and title*