IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION



FILED

MAY 21 2026

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>AARON GITTLEMAN,<br><br>Defendant. | Case No. 2:25-cr-137<br><br>18 U.S.C. § 1924(a)<br>Unlawful Removal and Retention of<br>Classified Material<br>(Count 1) |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE
(Unlawful Removal and Retention of Classified Material)

On a date uncertain but continuing through on or about November 12, 2025, in the Eastern District of Virginia and elsewhere, the defendant, AARON GITTLEMAN, being an employee of the United States, and by virtue of his employment possessed documents or materials containing classified information of the United States, did knowingly remove such documents or materials without authority and with the intent to retain such documents at an unauthorized location.

(In violation of Title 18, United States Code, Section 1924(a).)

Respectfully submitted,

Todd W. Blanche
Acting Attorney General

Date: May 21, 2026          By:_____ /s/_____

Jeremy W. Mckinnon
Special Assistant United States Attorney