Rev. 05/2025

COURTROOM MINUTES OF CRIMINAL PROCEEDINGS
Norfolk Division

## SENTENCING MINUTES

| | | | |
|---|---|---|---|
| Set: | 2:30 p.m. | Date: | September 10, 2026 |
| Started: | 2:28 p.m. | Judge: | Jamar K. Walker |
| Ended: | 3:15 p.m. | Court Reporter: | Carol Naughton, OCR |
| | | U.S. Attorney: | J. Mckinnon |
| | | Defense Counsel: | B. Latuga |
| | | Courtroom Deputy: | B. Peters |
| | | Probation Officer: | L. Cox |
| | | Interpreter: | |
| Case No. | 2:25-cr-137 | | |
| Defendant: | Aaron Gittleman | (X) In Custody ( ) On Bond | |

__X__ Came on for disposition. ______ Defendant sworn. ______ Interpreter sworn
__X__ Defendant satisfied with advice, counsel, and effectiveness of counsel.
______ Court adjudged defendant guilty of count(s) _______ of the ___________________.
__X__ Govt's motion for acceptance of responsibility: Granted
__X__ Presentence Report reviewed. ______ Objections heard and rulings made.
__X__ Court adopts PSR for the purpose of establishing the advisory guidelines.
______ Evidence presented.
__X__ Arguments of counsel heard. __X__ Statement of defendant heard.

## IMPRISONMENT:

SENTENCE: Count 1 of the Indictment, Count 1s of the Criminal Information: The defendant shall be committed to the custody of the BOP to be imprisoned for a total term of 120 months. This term consists of 120 months on Count 1 of the Indictment and a term of 24 months on Count 1s of the Criminal Information, to be served concurrently.

__X__ The Court recommends to the Bureau of Prisons:

> __X__ The defendant receive credit for any time already served.
>
> __X__ The defendant participate in any educational or vocational training offered by the Bureau of Prisons.
>
> ______ The defendant be allowed to participate in a 500-hour Intensive Substance Abuse Treatment Program if he qualifies and volunteers.
>
> __X__ The defendant receive an evaluation for the need for mental health treatment while incarcerated, including a psychosexual evaluation and sex offender treatment.
>
> __X__ The defendant be housed in a facility capable of providing traumatic brain injury/neuropsychological and PTSD-related mental health treatment.
>
> __X__ The defendant be housed in a facility with a sex offender treatment program that is located as close as possible to Watsontown, Pennsylvania.

__X__ If the Bureau of Prisons does not comply with the recommendations outlined by the Court, the Court directs the Bureau of Prisons to notify the Court in writing as to why it did not comply with the Court's recommendations.

__X__ The defendant is remanded to the custody of the U.S. Marshal.

## SUPERVISED RELEASE:

__X__ Upon release from imprisonment, the defendant shall be on supervised release for a term of 10 years. This term consists of 10 years on Count 1 of the Indictment, and a term of 3 years on Count 1s of the Criminal Information, all to run concurrently.

_____ The Court will not impose a term of supervised release as it is not required by statute and the defendant is a deportable alien who likely will be deported after imprisonment.

## Conditions of Supervised Release:

While on supervised release the defendant shall comply with all the **mandatory** conditions of supervised release as outlined in 18 U.S.C. § 3583(d) and as listed in the PSR and that are hereby adopted by this Court. Namely,

The defendant shall not commit another Federal, State, or local crime.

The defendant shall not unlawfully possess a controlled substance.

The defendant shall refrain from any unlawful use of a controlled substance.

__X__ As reflected in the presentence report, the defendant presents a low risk of future substance abuse and therefore, the court hereby suspends the mandatory condition for substance abuse testing as defined by 18 U.S.C. 3563(a)(5). However, this does not preclude the U.S. Probation Office from administering drug tests as it deems appropriate.

_____ The defendant must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution.

__X__ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense.

__X__ While on supervised release the defendant shall comply with all of the **standard** conditions of supervised release that are outlined in the PSR and are hereby adopted by this Court.

__X__ While on supervised release the defendant shall comply with all of the **special** conditions of supervised release that are outlined in the PSR and are hereby adopted by this Court. The Court finds the special conditions appropriate in light of defendant's personal history and characteristics and the nature and circumstances of the offense(s).

### Additional Special Conditions

_____ The defendant shall . . .

_____ The defendant shall . . .

## FINANCIAL PENALTIES

## FINE:

__X__ Court finds defendant is unable to pay fine; no fine imposed.

_____ The defendant shall pay a fine in the amount of $ _______.

## SPECIAL ASSESSMENT:

__X__ As to Count 1, the defendant shall pay a special assessment in the amount of $100.00.
__X__ As to Count 1s, the defendant shall pay a special assessment in the amount of $100.00.

The total special assessment due is $200.00. The Court notes that the special assessments have been fully paid.

## STATUTORY VICTIM ASSESSMENTS:

After considering the factors of 18 U.S.C. 3553(a) and 18 U.S.C. 3572, the defendant shall pay:
$ __________, pursuant to the Justice for Victims of Trafficking Act of 2015.
$ _________ , pursuant to the Amy, Vicky and Andy Child Pornography Victim Assistance Act of 2018.

Total statutory victim assessments due are $ _____________ and shall be due in full immediately.

Any balance remaining unpaid on the statutory victim assessments at the inception of supervision, shall be paid by the defendant in installments of not less than $_____ per month, until paid in full. Said payments shall commence sixty (60) days after defendant's supervision begins.

---

## RESTITUTION:

_____ The defendant shall make restitution in the amount of $________________.

_____ Interest is waived.

_____ Restitution Order entered and filed in open court.

_____ Restitution shall be made jointly and severally with _________________________________.

_____ Court defers determination of restitution and accepts defendant's waiver of right to be present at a hearing.

---

## SCHEDULE OF PAYMENTS:

_____ Interest will not accrue if the special assessment/fine/restitution is paid in accordance with the schedule, or any modified schedule, set by this court.

__X__ The criminal monetary penalties are due and payable immediately.

_____ At the time supervision commences, the probation officer shall take into consideration the defendant's economic status as it pertains to his ability to pay the special assessment/fine/restitution ordered and shall notify the court of any change that may need to be made to the payment schedule.

_____ Each restitution payment shall be divided proportionately among the payees named.

_____ Nothing in the Court's order shall prohibit the collection of any judgment, fine, or special assessment by the United States.

_____ Any special assessment, restitution, or fine payments may be subject to penalties for default and delinquency.

__X__ Payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalty payments, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program, are to be made to the Clerk, United States District Court for the Eastern District of Virginia.

__X__ The defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

__X__ Consent Order of Forfeiture filed on 6/1/2026 incorporated into final judgment.

__X__ The defendant notified of right of appeal.

__X__ Court noted that defendant waived right of appeal in plea agreement.

__X__ On motion of the Govt, remaining count dismissed (Count 2 of the Indictment).

_____ The defendant was continued on present bond and cautioned re bail jumping.

_____ Exhibits returned to the moving party at conclusion of the hearing.

## Additional Comments/Witnesses/Exhibits:

The Court directed that the sealed Psych Eval be attached to the PSR.